# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re: ARCHITECTURE FOR HUMANITY                    §    Case No. 15-30513-MD
                                                    §
                                                    §
                                                    §
_____Debtor(s)_____              §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Janina M. Hoskins, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $50.00                     Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:$486,191.40    Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration:$346,903.14

3) Total gross receipts of $   833,094.54   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $833,094.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 345,402.64 | 346,903.14 | 346,903.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 12,576.42 | 14,074.76 | 9,772.45 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 450,784.76 | 1,993,461.23 | 1,838,886.35 | 476,418.95 |
| **TOTAL DISBURSEMENTS** | $450,784.76 | $2,351,440.29 | $2,199,864.25 | $833,094.54 |

4) This case was originally filed under Chapter 7 on April 27, 2015. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2019           By: /s/Janina M. Hoskins
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking: 3138454776 | 1129-000 | 199,314.71 |
| Accounts receivable are listed at face value, bu | 1129-000 | 55,287.00 |
| Architecture for Humanity Trademark | 1129-000 | 20,500.00 |
| CONTINGENT AND UNLIQUIDATED CLAIMS - D &O policy | 1249-000 | 550,000.00 |
| TAX REFUNDS | 1224-000 | 7,992.83 |
| **TOTAL GROSS RECEIPTS** | | **$833,094.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Janina M. Hoskins | 2100-000 | N/A | 44,904.73 | 44,904.73 | 44,904.73 |
| Trustee Expenses - Janina M. Hoskins | 2200-000 | N/A | 103.14 | 103.14 | 103.14 |
| Other - Franchise Tax Board | 2820-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Attorney General's Registry of Charitable Trusts | 2820-000 | N/A | 75.00 | 75.00 | 75.00 |
| Other - NYS Department of Law | 2820-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - U-Haul Storage | 2990-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Other - MACCONAGHY & BARNIER, PLC | 3210-000 | N/A | 161,839.50 | 161,750.00 | 161,750.00 |
| Other - MACCONAGHY & BARNIER, PLC | 3220-000 | N/A | 7,524.73 | 7,524.73 | 7,524.73 |
| Other - BACHEKI, CROM & CO., CPA'S | 3410-000 | N/A | 110,065.00 | 110,065.00 | 110,065.00 |
| Other - BACHEKI, CROM & CO., CPA'S | 3420-000 | N/A | 2,329.60 | 2,329.60 | 2,329.60 |
| Other - JAMS | 3721-000 | N/A | 4,200.00 | 5,790.00 | 5,790.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 202.13 | 202.13 | 202.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.98 | 84.98 | 84.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 305.66 | 305.66 | 305.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 370.61 | 370.61 | 370.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 351.02 | 351.02 | 351.02 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 386.83 | 386.83 | 386.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 362.06 | 362.06 | 362.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 349.49 | 349.49 | 349.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 398.16 | 398.16 | 398.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 349.29 | 349.29 | 349.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 348.66 | 348.66 | 348.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 396.25 | 396.25 | 396.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 349.84 | 349.84 | 349.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 417.94 | 417.94 | 417.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 374.43 | 374.43 | 374.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 425.48 | 425.48 | 425.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 386.19 | 386.19 | 386.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 378.75 | 378.75 | 378.75 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | | 418.44 | 418.44 | 418.44 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 391.65 | 391.65 | 391.65 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 418.10 | 418.10 | 418.10 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 365.34 | 365.34 | 365.34 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 400.92 | 400.92 | 400.92 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 358.67 | 358.67 | 358.67 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 422.15 | 422.15 | 422.15 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 381.95 | 381.95 | 381.95 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 367.65 | 367.65 | 367.65 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 417.82 | 417.82 | 417.82 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 366.56 | 366.56 | 366.56 |
| Other – Rabobank, N.A. | 2600-000 | N/A | | 403.92 | 403.92 | 403.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $345,402.64 | $346,903.14 | $346,903.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Employment Development Dept. | 5300-000 | N/A | N/A | 823.35 | 823.35 |
| | Employment Development Dept. | 5300-000 | N/A | N/A | 124.75 | 124.75 |
| | Financial Agent | 5300-000 | N/A | N/A | 773.45 | 0.00 |
| | Financial Agent | 5300-000 | N/A | N/A | 180.89 | 0.00 |
| | Financial Agent | 5300-000 | N/A | N/A | 3,118.75 | 0.00 |
| | EMPLOYMENT DEVELOPMENT DEPT | 5800-000 | N/A | N/A | 434.00 | 434.00 |
| | Financial Agent | 5800-000 | N/A | N/A | 210.00 | 0.00 |
| | Financial Agent | 5800-000 | N/A | N/A | 773.45 | 725.12 |
| | EMPLOYMENT DEVELOPMENT DEPT | 5800-000 | N/A | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Financial Agent | 5800-000 | N/A | N/A | 180.89 | 210.00 |
| 3P-1 | New York State Department | 5800-000 | N/A | 1.42 | 1.42 | 1.42 |
| 4 -1 | Eric Cesal | 5300-000 | N/A | 12,475.00 | 7,453.81 | 7,453.81 |
| 5P-2 | Internal Revenue Service | 5800-000 | N/A | 100.00 | 0.00 | 0.00 |
| 20 -1 | New York Department of Labor | 5400-000 | N/A | N/A | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $12,576.42 | $14,074.76 | $9,772.45 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EMPLOYMENT DEVELOPMENT DEPT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| | Financial Agent | 7100-000 | N/A | N/A | 137.44 | 0.00 |
| | Employment Development Dept. | 7100-000 | N/A | N/A | 94.79 | 94.79 |
| | EMPLOYMENT DEVELOPMENT DEPT | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| | Financial Agent | 7100-000 | N/A | N/A | 137.44 | 4,073.09 |
| | Financial Agent | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| | Financial Agent | 7100-000 | N/A | N/A | 2,369.67 | 0.00 |
| | Financial Agent | 7100-000 | N/A | N/A | 587.68 | 0.00 |
| | Financial Agent | 7100-000 | N/A | N/A | 587.68 | 4,049.13 |
| | Employment Development Dept. | 7100-000 | N/A | N/A | 625.59 | 625.59 |
| 1 -1 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 1,074.66 | 1,074.66 | 271.46 |
| 2 -1 | Cameron Sinclair | 7100-000 | 25.77 | 155,000.00 | 0.00 | 0.00 |
| 3U-1 | New York State Department | 7100-000 | N/A | 51.35 | 51.35 | 12.97 |
| 4U-1 | Eric Cesal | 7100-000 | N/A | 9,478.69 | 5,663.52 | 5,663.52 |
| 5U-2 | Internal Revenue Service | 7100-000 | N/A | 300.00 | 0.00 | 0.00 |
| 6 -1 | Clerk of the Court - Trinity Construction, Inc | 7100-001 | N/A | 26,159.08 | 26,159.08 | 6,607.61 |
| 7 -1 | Boris Hochel | 7100-000 | 2,919.35 | 2,920.00 | 2,920.00 | 737.57 |
| 8 -1 | Give2Asia | 7100-000 | N/A | 30,720.00 | 30,720.00 | 7,759.66 |
| 9 -1 | Clerk of the Court - Communa Translation Design, LLP | 7100-001 | N/A | 4,000.00 | 4,000.00 | 1,010.37 |
| 10 -1 | Community Safety Foundation | 7100-000 | N/A | 111,453.00 | 111,453.00 | 28,152.27 |
| 11 -1 | City and County of San Francisco | 7100-000 | N/A | 185.50 | 185.50 | 46.86 |
| 12 -1 | Dany JP Tremblay | 7100-000 | N/A | 31,643.00 | 31,643.00 | 7,992.81 |
| 13 -1 | The Prudential Foundation | 7100-000 | unknown | 666,750.00 | 666,750.00 | 168,416.54 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 -1 Viacom International, Inc. | 7100-000 | N/A | 379,945.73 | 379,945.73 | 95,971.72 |
| 15 -1 NIKE USA, Inc. | 7100-000 | unknown | 125,000.00 | 125,000.00 | 31,574.15 |
| 16 -1 NIKE, Inc. | 7100-000 | N/A | 68,000.00 | 68,000.00 | 17,176.34 |
| 17 -1 Clerk of the Court - MEQUETRAFFIC AGNCIA DE | 7100-001 | N/A | 2,265.00 | 2,265.00 | 572.12 |
| 18 -1 Arconic Foundation | 7100-000 | N/A | 375,801.00 | 375,801.00 | 94,924.79 |
| 19 -1 De Lage Landen Financial Services | 7100-000 | N/A | 2,714.22 | 2,714.22 | 685.59 |
| NOTFILED-1 Lee Distributors | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Obec Spisk Hrhov | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Nickerson Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Office National d'Assurance Vieillesse | 7100-000 | 1,750.07 | N/A | N/A | 0.00 |
| NOTFILED-1 Niama Jacobs | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Ostwestfalen-Lippe University | 7100-000 | 25,650.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Michael Goodwin | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Natalie Desrosiers | 7100-000 | 12,456.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Make It Right Foundation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Luis Frazao LDA | 7100-000 | 38.18 | N/A | N/A | 0.00 |
| NOTFILED-1 Maria Guidice | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Kumagi Gumi Co. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Mark Warren | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Habitat for Humanity | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Jolie-Pitt Foundation | 7100-000 | 2,777.85 | N/A | N/A | 0.00 |
| NOTFILED-1 Joseph Stanley Rue Agualo Peguy-vil | 7100-000 | 3,655.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Jimmy Lubin | 7100-000 | 5,272.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Jim Stuckey | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Jacques Nixon Port Au Prince HAITI | 7100-000 | 4,783.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Jean Carmel Laneau | 7100-000 | 2,095.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Jean Moliere | 7100-000 | 2,435.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Katie Stohr and Cameron Sinclair | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 InterfaceFlor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Ken Smith Landscape Architect Workshop West | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Happy Hearts Fund Happy Hearts Enel Colombia | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Happy Hearts Fund Happy Hearts - Picas School | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Paul Gabie | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Heffernan Insurance Brokers | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED-1 | Krisitn Elizabeth Yawitz | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Instituto Da Crianca Rua Jao de Barros | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Heidrun Milan A. Bonifacio Street | 7100-000 | 1,233.73 | N/A | N/A | 0.00 |
| NOTFILED-1 | Hachette Book Group | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Smyrne Saintil | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Pedro Antonio Medina Tejada | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 105 Trinity Construction | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 106 Tsinghua University | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 104 Travelex Global Payments | 7100-000 | 7.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 103 Tavelers Insurance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 101 Tamkio Abe | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 102 Tatonka Contractors | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 107 University of Sao Paulo | 7100-000 | 37,620.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 109 US Green Building Council | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 108 Urban Revision | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 114 Ymasho Kensetsu | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 115 Yoichi Wakabayashi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 113 Whirl Construction | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 112 Wells Fargo Business Card | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 110 Vincent Trabaud | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 111 Vision International (SARL) | 7100-000 | 0.08 | N/A | N/A | 0.00 |
| NOTFILED-1 | Creditor # : 100 Sven Kalim | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | streetfootballworld | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Ricoh USA Inc | 7100-000 | 1,184.73 | N/A | N/A | 0.00 |
| NOTFILED-1 | Robert Half Management Resources | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Rick Glassman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Purdue University | 7100-000 | 42,900.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Planterra International Foundation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | PortorCorp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Rogerio Costa | 7100-000 | 2,546.90 | N/A | N/A | 0.00 |
| NOTFILED-1 | Serge Dorval | 7100-000 | 2,359.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Rolande Augustin USD | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Starboard TCN | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | State Board of Equilization | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED-1 | Sony Noel | 7100-000 | 2,111.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Global Action Through Fashion | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | SFW Construction Savings | 7100-000 | 167,644.89 | N/A | N/A | 0.00 |
| NOTFILED-1 | Siloe Foundation Centre PAZAPA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Pierre Ulrick | 7100-000 | 1,013.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Delphine Luboz | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Abbott, Stringham & Lynch | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | AIA Foundation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | 26 O'Farrell, LLC c/o Terra Verde Commercial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Akinobu Yoshikawa (JPY) | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Aloca Foundation Pillars of Sustainable Ed. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Design Action | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Digicel Unigestion Holding | 7100-000 | 1,170.32 | N/A | N/A | 0.00 |
| NOTFILED-1 | Denis Myril | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Delft University of Technology | 7100-000 | 17,250.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Daniel Shine | 7100-000 | 66.33 | N/A | N/A | 0.00 |
| NOTFILED-1 | Darren Gill | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Dwell Media | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Galcon Enterprises | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Dynamic Car Rental Route de l'Aroport | 7100-000 | 0.20 | N/A | N/A | 0.00 |
| NOTFILED-1 | Georgia Tech Research Corportation | 7100-000 | 42,900.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Girtain Sign Company, LLC | 7100-000 | 1,852.50 | N/A | N/A | 0.00 |
| NOTFILED-1 | Genuine Parts Distributors | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Genie Structures D'Haiti | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Galloway Media Group Tenant Sunshine TriBeCa | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Genie Structures d'Ayiti c/o Canyons Structural Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Corporate Traveler SF | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Copilevitz & Cantor | 7100-000 | 2,095.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | ArchiAid | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | AT&T Mobility | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Arcasia | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | American Red Cross | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 | Alson Pierre Louis | 7100-000 | 1,911.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Amazon.com Adobe for Women | 7100-000 | unknown | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED-1 Bob Jentz Painting | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Carlson Beck LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 California Choice Benefit Administrators | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Commonwealth of Massachusetts Child Support | 7100-000 | 808.20 | N/A | N/A | 0.00 |
| NOTFILED-1 Concern Worldwide | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED-1 Clifford Justin | 7100-000 | 2,095.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Christian Lubin | 7100-000 | 2.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Carnegie Mellon University | 7100-000 | 30,400.00 | N/A | N/A | 0.00 |
| NOTFILED-1 Charles Sheppard | 7100-000 | 3,661.66 | N/A | N/A | 0.00 |
| NOTFILED-1 Give Something Back Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $450,784.76 | $1,993,461.23 | $1,838,886.35 | $476,418.95 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 15-30513-MD | **Trustee:** | (007880) | Janina M. Hoskins |
| **Case Name:** | ARCHITECTURE FOR HUMANITY | **Filed (f) or Converted (c):** | 04/27/15 (f) | |
| | | **§341(a) Meeting Date:** | 06/03/15 | |
| **Period Ending:** 05/09/19 | | **Claims Bar Date:** | 09/01/15 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Petty Cash<br>    Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: 3138454776<br>    Imported from original petition Doc# 1 | 200,000.00 | 200,000.00 | | 199,314.71 | FA |
| 3 | Insurance policy expired on January 3, 2015<br>    Imported from original petition Doc# 1  (See<br>    Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Accounts receivable are listed at face value, bu<br>    Imported from original petition Doc# 1 | 200,000.00 | 200,000.00 | | 55,287.00 | FA |
| 5 | Architecture for Humanity Trademark<br>    Imported from original petition Doc# 1  (See<br>    Footnote) | 0.00 | 5,000.00 | | 20,500.00 | FA |
| 6 | CONTINGENT AND UNLIQUIDATED CLAIMS - D & O<br>policy  (u)<br>    Claims against directors and officers on D & O policy<br>(See Footnote) | 0.00 | 1,000,000.00 | | 550,000.00 | FA |
| 7 | TAX REFUNDS  (u)<br>    Refund of 940 FUTA taxes paid for 2013 and 2014 | 0.00 | 7,462.00 | | 7,992.83 | FA |
| 7 | **Assets    Totals** (Excluding unknown values) | **$400,050.00** | **$1,412,462.00** | | **$833,094.54** | **$0.00** |

RE PROP# 3      AP filed, related to asset no. 6
RE PROP# 5      Report filed Dckt. 79
RE PROP# 6      related to asset no. 3
                       AP filed 16-3061

**Major Activities Affecting Case Closing:**

   4/28/15- jmh case review, ltr to Wells Fargo re bank account hold, retain counsel  and CPA
   5/22/15- fu re books and records, confirm bank account tunover
   6/9/15- AR letters sent
   8/7/15- Mtn. to pay admin and taxes
   9/3/15- import and review claims
   11/3/15- F.u. re Rule 2004 subpoena to accountants
   12/15/15- Additional subpoenas- Charney and Cesal
   1/6/16- f.u.r e litigation analysis
   3/11/16-approve Sale re IP Motion and agreement re trademarks

Case: 15-30513    Doc# 109    Filed: 05/14/19    Entered: 05/14/19 10:05:50    Page 11 of
20                                                                                    05/09/2019 9:16 AM    014.50

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 15-30513-MD | Trustee: (007880) Janina M. Hoskins |
| Case Name: ARCHITECTURE FOR HUMANITY | Filed (f) or Converted (c): 04/27/15 (f) |
| | §341(a) Meeting Date: 06/03/15 |
| Period Ending: 05/09/19 | Claims Bar Date: 09/01/15 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/6/16- Order entered re sale of trademarks, confirm Cloobeck Orders

6/10/16- cofnirm filing of AP on D & O claims

6/30/16- f.u .re claim no. 4

8/2/16- review AP docket

9/28/16- claim no 4 resolved via Order, revise Claims register

11/291/6- respond to discovery requests re pending Ap

12/30/16- case year end review

3/1/17- confirm abandoment Order re storage unit, pending mediation re AP

4/7/17- attend JAMS mediation

4/18/17- report of sale re trademark

6/3/17- review MRS

9/7/17- confirm all donor settlement agreements executed, f.u. re notice re compromise re AP

Pending TFR


3/14/18- EFPTS taxes paid

4/15/16: Pending IP sale and litigation re D & O Insurance claim

4/1/17- Adv.Proc. filed, mediation pending

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | October 27, 2015 | **Current Projected Date Of Final Report (TFR):** | November 28, 2017 (Actual) | |

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-30513-MD | **Trustee:** Janina M. Hoskins (007880) |
| **Case Name:** ARCHITECTURE FOR HUMANITY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8566 - Checking Account |
| **Taxpayer ID #:** **-***8297 | **Blanket Bond:** $55,486,801.00 (per case limit) |
| **Period Ending:** 05/09/19 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/15 | {2} | Wells Fargo Bank | bank account turnover: EP-15043000240~account ending in 4776 | 1129-000 | 195,771.83 | | 195,771.83 |
| 05/22/15 | {2} | Wells Fargo | bank account turnover: 3814 | 1129-000 | 3,542.88 | | 199,314.71 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.98 | 199,229.73 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 305.66 | 198,924.07 |
| 07/02/15 | {4} | American Red Cross | ACCT RECEIVABLE | 1129-000 | 9,903.00 | | 208,827.07 |
| 07/02/15 | {4} | American Red Cross | ACCT RECEIVABLE | 1129-000 | 44,004.00 | | 252,831.07 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 370.61 | 252,460.46 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 351.02 | 252,109.44 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 386.83 | 251,722.61 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 362.06 | 251,360.55 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.49 | 251,011.06 |
| 12/11/15 | {4} | The Benevity Community Impact Fund | AR 65720 | 1129-000 | 1,380.00 | | 252,391.06 |
| 12/15/15 | 101 | Franchise Tax Board | EUB 30-0038297: FYE 06/30/2015 Form 199 | 2820-000 | | 10.00 | 252,381.06 |
| 12/15/15 | 102 | Attorney General's Registry of Charitable Trusts | EIN 30-0038297: CT-0188677, 6/30/15 Form RRF-1 | 2820-000 | | 75.00 | 252,306.06 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 398.16 | 251,907.90 |
| 01/14/16 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2016 FOR CASE #15-30513, 2016 Bond premium | 2300-000 | | 110.22 | 251,797.68 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.29 | 251,448.39 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 348.66 | 251,099.73 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 396.25 | 250,703.48 |
| 04/01/16 | {5} | American Institute of Architects | deposit re purchase of trademarks | 1129-000 | 2,000.00 | | 252,703.48 |
| 04/07/16 | 104 | NYS Department of Law | 30-0038297L State Reg. # 21-10-00 6/30/15 FForm CHAR 500 | 2820-000 | | 50.00 | 252,653.48 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 350.00 | 252,303.48 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.84 | 251,953.64 |
| 06/07/16 | {5} | American Institute of Architects | Balance of purchase price re Trademark sale | 1129-000 | 18,500.00 | | 270,453.64 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.94 | 270,035.70 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 374.43 | 269,661.27 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 425.48 | 269,235.79 |
| 09/26/16 | 105 | U-Haul Storage and Moving | Architecture for Humainities Storage fees- Order-#54 | 2990-000 | | 3,000.00 | 266,235.79 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 386.19 | 265,849.60 |
| 10/03/16 | {7} | U.S. Treasury | 2014 tax refund | 1224-000 | 3,898.59 | | 269,748.19 |

Subtotals : $279,000.30 $9,252.11

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-30513-MD
**Case Name:** ARCHITECTURE FOR HUMANITY

**Taxpayer ID #:** **-***8297
**Period Ending:** 05/09/19

**Trustee:** Janina M. Hoskins (007880)
**Bank Name:** Rabobank, N.A.
**Account:** ******8566 - Checking Account
**Blanket Bond:** $55,486,801.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/03/16 | {7} | U.S. Treasury | 2013 tax refund | 1224-000 | 4,094.24 | | 273,842.43 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 378.75 | 273,463.68 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 418.44 | 273,045.24 |
| 12/22/16 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/22/2016 FOR CASE #15-30513, Bond #016048574- Janina M Hoskins 2017 | 2300-000 | | 91.91 | 272,953.33 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 391.65 | 272,561.68 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 418.10 | 272,143.58 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 365.34 | 271,778.24 |
| 03/09/17 | 107 | JAMS | Mediation fees: Hoskins vs. Sinclair, et al. Inv. 3960002-100: Dckt. 78 | 3721-000 | | 4,200.00 | 267,578.24 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 400.92 | 267,177.32 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 358.67 | 266,818.65 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 422.15 | 266,396.50 |
| 06/12/17 | 108 | JAMS | Invo. 004049166-100- paid in full : Hoskins v. Sinclair AP Mediation: Kramer | 3721-000 | | 1,590.00 | 264,806.50 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 381.95 | 264,424.55 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 367.65 | 264,056.90 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.82 | 263,639.08 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 366.56 | 263,272.52 |
| 10/27/17 | {6} | Travelers | AP settlement funds | 1249-000 | 550,000.00 | | 813,272.52 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 403.92 | 812,868.60 |
| 03/06/18 | 109 | Janina M. Hoskins | Dividend paid 100.00% on $44,904.73, Trustee Compensation; Reference: | 2100-000 | | 44,904.73 | 767,963.87 |
| 03/06/18 | 110 | Janina M. Hoskins | Dividend paid 100.00% on $103.14, Trustee Expenses; Reference: | 2200-000 | | 103.14 | 767,860.73 |
| 03/06/18 | 111 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $110,065.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 110,065.00 | 657,795.73 |
| 03/06/18 | 112 | MACCONAGHY & BARNIER, PLC | Dividend paid 100.00% on $161,750.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 161,750.00 | 496,045.73 |
| 03/06/18 | 113 | BACHEKI, CROM & CO., CPA'S | Dividend paid 100.00% on $2,329.60, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 2,329.60 | 493,716.13 |
| 03/06/18 | 114 | MACCONAGHY & BARNIER, PLC | Dividend paid 100.00% on $7,524.73, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 7,524.73 | 486,191.40 |

Subtotals : $554,094.24 $337,651.03

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-30513-MD | |
| **Case Name:** | ARCHITECTURE FOR HUMANITY | |
| **Taxpayer ID #:** | **-***8297 | |
| **Period Ending:** | 05/09/19 | |

| | |
|---|---|
| **Trustee:** | Janina M. Hoskins (007880) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8566 - Checking Account |
| **Blanket Bond:** | $55,486,801.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/18 | 115 | Financial Agent | Dividend paid 100.00% on $3,118.75; Filed: $0.00 for Income Tax<br>Voided on 03/14/18 | 5300-000 | | 3,118.75 | 483,072.65 |
| 03/06/18 | 116 | Financial Agent | Dividend paid 100.00% on $180.89; Filed: $0.00 for Medicare<br>Voided on 03/14/18 | 5300-000 | | 180.89 | 482,891.76 |
| 03/06/18 | 117 | Financial Agent | Dividend paid 100.00% on $773.45; Filed: $0.00 for OASDI<br>Voided on 03/14/18 | 5300-000 | | 773.45 | 482,118.31 |
| 03/06/18 | 118 | Employment Development Dept. | Dividend paid 100.00% on $823.35; Filed: $0.00 for CA Income Tax | 5300-000 | | 823.35 | 481,294.96 |
| 03/06/18 | 119 | Employment Development Dept. | Dividend paid 100.00% on $124.75; Filed: $0.00 for SDI | 5300-000 | | 124.75 | 481,170.21 |
| 03/06/18 | 120 | Eric Cesal | Distribution paid on allowed claim per Trustee's Final Account and Report:  100.00% on $7,453.81; Claim# 4 -1; Filed: $12,475.00; Reference: | 5300-000 | | 7,453.81 | 473,716.40 |
| 03/06/18 | 121 | Financial Agent | Dividend paid 100.00% on $210.00; Filed: $0.00 for FUTA<br>Voided on 03/14/18 | 5800-000 | | 210.00 | 473,506.40 |
| 03/06/18 | 122 | Financial Agent | Dividend paid 100.00% on $180.89; Filed: $0.00 for Medicare<br>Voided on 03/14/18 | 5800-000 | | 180.89 | 473,325.51 |
| 03/06/18 | 123 | Financial Agent | Dividend paid 100.00% on $773.45; Filed: $0.00 for oasdi<br>Voided on 03/14/18 | 5800-000 | | 773.45 | 472,552.06 |
| 03/06/18 | 124 | EMPLOYMENT DEVELOPMENT DEPT | Dividend paid 100.00% on $434.00; Filed: $0.00 for CA SUTA | 5800-000 | | 434.00 | 472,118.06 |
| 03/06/18 | 125 | Financial Agent | Dividend paid 100.00% on $2,369.67; Filed: $0.00 for Income Tax<br>Voided on 03/14/18 | 7100-000 | | 2,369.67 | 469,748.39 |
| 03/06/18 | 126 | Financial Agent | Dividend paid 100.00% on $137.44; Filed: $0.00 for Medicare<br>Voided on 03/14/18 | 7100-000 | | 137.44 | 469,610.95 |
| 03/06/18 | 127 | Financial Agent | Dividend paid 100.00% on $587.68; Filed: $0.00 for OASDI<br>Voided on 03/14/18 | 7100-000 | | 587.68 | 469,023.27 |
| 03/06/18 | 128 | Financial Agent | Dividend paid 100.00% on $137.44; Filed: $0.00 for Medicare | 7100-000 | | 137.44 | 468,885.83 |

| | | | Subtotals : | | $0.00 | $17,305.57 | |

Printed: 05/09/2019 10:55 AM     V.14.50

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 15-30513-MD | | | **Trustee:** | Janina M. Hoskins (007880) | |
| **Case Name:** | ARCHITECTURE FOR HUMANITY | | | **Bank Name:** | Rabobank, N.A. | |
| | | | | **Account:** | ******8566 - Checking Account | |
| **Taxpayer ID #:** | **-***8297 | | | **Blanket Bond:** | $55,486,801.00  (per case limit) | |
| **Period Ending:** | 05/09/19 | | | **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 03/14/18 | | | | |
| 03/06/18 | 129 | Financial Agent | Dividend paid 100.00% on $587.68; Filed: $0.00 for oasdi Voided on 03/14/18 | 7100-000 | | 587.68 | 468,298.15 |
| 03/06/18 | 130 | Employment Development Dept. | Dividend paid 100.00% on $625.59; Filed: $0.00 for CA Income Tax | 7100-000 | | 625.59 | 467,672.56 |
| 03/06/18 | 131 | Employment Development Dept. | Dividend paid 100.00% on $94.79; Filed: $0.00 for SDI | 7100-000 | | 94.79 | 467,577.77 |
| 03/06/18 | 132 | Eric Cesal | Distribution paid on allowed claim per Trustee's Final Account and Report:  100.00% on $5,663.52; Claim# 4U-1; Filed: $9,478.69; Reference: | 7100-000 | | 5,663.52 | 461,914.25 |
| 03/06/18 | 133 | Wells Fargo Bank, N.A. | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $1,074.66; Claim# 1 -1; Filed: $1,074.66; Reference: | 7100-000 | | 271.46 | 461,642.79 |
| 03/06/18 | 134 | New York State Department | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $51.35; Claim# 3U-1; Filed: $51.35; Reference: | 7100-000 | | 12.97 | 461,629.82 |
| 03/06/18 | 135 | Trinity Construction, Inc | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $26,159.08; Claim# 6 -1; Filed: $26,159.08; Reference: Stopped on 06/06/18 | 7100-000 | | 6,607.61 | 455,022.21 |
| 03/06/18 | 136 | Boris Hochel | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $2,920.00; Claim# 7 -1; Filed: $2,920.00; Reference: Stopped on 06/06/18 | 7100-000 | | 737.57 | 454,284.64 |
| 03/06/18 | 137 | Give2Asia | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $30,720.00; Claim# 8 -1; Filed: $30,720.00; Reference: Stopped on 06/06/18 | 7100-000 | | 7,759.66 | 446,524.98 |
| 03/06/18 | 138 | Communa Translation Design, LLP | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $4,000.00; Claim# 9 -1; Filed: $4,000.00; Reference: Stopped on 06/06/18 | 7100-000 | | 1,010.37 | 445,514.61 |
| 03/06/18 | 139 | Community Safety Foundation | Distribution paid on allowed claim per Trustee's | 7100-000 | | 28,152.27 | 417,362.34 |

Subtotals :  $0.00  $51,523.49

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-30513-MD | **Trustee:** Janina M. Hoskins (007880) |
| **Case Name:** ARCHITECTURE FOR HUMANITY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8566 - Checking Account |
| **Taxpayer ID #:** **-***8297 | **Blanket Bond:** $55,486,801.00 (per case limit) |
| **Period Ending:** 05/09/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Final Account and Report:  25.25% on $111,453.00; Claim# 10 -1; Filed: $111,453.00; Reference: | | | | |
| 03/06/18 | 140 | City and County of San Francisco | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $185.50; Claim# 11 -1; Filed: $185.50; Reference: | 7100-000 | | 46.86 | 417,315.48 |
| 03/06/18 | 141 | Dany JP Tremblay | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $31,643.00; Claim# 12 -1; Filed: $31,643.00; Reference: | 7100-000 | | 7,992.81 | 409,322.67 |
| 03/06/18 | 142 | The Prudential Foundation | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $666,750.00; Claim# 13 -1; Filed: $666,750.00; Reference: | 7100-000 | | 168,416.54 | 240,906.13 |
| 03/06/18 | 143 | Viacom International, Inc. | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $379,945.73; Claim# 14 -1; Filed: $379,945.73; Reference: | 7100-000 | | 95,971.72 | 144,934.41 |
| 03/06/18 | 144 | NIKE USA, Inc. | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $125,000.00; Claim# 15 -1; Filed: $125,000.00; Reference: | 7100-000 | | 31,574.15 | 113,360.26 |
| 03/06/18 | 145 | NIKE, Inc. | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $68,000.00; Claim# 16 -1; Filed: $68,000.00; Reference: | 7100-000 | | 17,176.34 | 96,183.92 |
| 03/06/18 | 146 | MEQUETRAFFIC AGNCIA DE ARQUITETURA, URBANISMO E D | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $2,265.00; Claim# 17 -1; Filed: $2,265.00; Reference: Stopped on 06/06/18 | 7100-000 | | 572.12 | 95,611.80 |
| 03/06/18 | 147 | Arconic Foundation | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $375,801.00; Claim# 18 -1; Filed: $375,801.00; Reference: | 7100-000 | | 94,924.79 | 687.01 |
| 03/06/18 | 148 | De Lage Landen Financial Services | Distribution paid on allowed claim per Trustee's Final Account and Report:  25.25% on $2,714.22; Claim# 19 -1; Filed: $2,714.22; Reference: | 7100-000 | | 685.59 | 1.42 |

| | | | Subtotals : | | $0.00 | $417,360.92 | |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 15-30513-MD | |
| **Case Name:** | ARCHITECTURE FOR HUMANITY | |
| **Taxpayer ID #:** | **-***8297 | |
| **Period Ending:** | 05/09/19 | |

| | |
|---|---|
| **Trustee:** | Janina M. Hoskins (007880) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8566 - Checking Account |
| **Blanket Bond:** | $55,486,801.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/06/18 | 149 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 5800-000 | | 1.42 | 0.00 |
| 03/14/18 | 115 | Financial Agent | Dividend paid 100.00% on $3,118.75; Filed: $0.00 for Income Tax / Voided: check issued on 03/06/18 | 5300-000 | | -3,118.75 | 3,118.75 |
| 03/14/18 | 116 | Financial Agent | Dividend paid 100.00% on $180.89; Filed: $0.00 for Medicare / Voided: check issued on 03/06/18 | 5300-000 | | -180.89 | 3,299.64 |
| 03/14/18 | 117 | Financial Agent | Dividend paid 100.00% on $773.45; Filed: $0.00 for OASDI / Voided: check issued on 03/06/18 | 5300-000 | | -773.45 | 4,073.09 |
| 03/14/18 | 121 | Financial Agent | Dividend paid 100.00% on $210.00; Filed: $0.00 for FUTA / Voided: check issued on 03/06/18 | 5800-000 | | -210.00 | 4,283.09 |
| 03/14/18 | 122 | Financial Agent | Dividend paid 100.00% on $180.89; Filed: $0.00 for Medicare / Voided: check issued on 03/06/18 | 5800-000 | | -180.89 | 4,463.98 |
| 03/14/18 | 123 | Financial Agent | Dividend paid 100.00% on $773.45; Filed: $0.00 for oasdi / Voided: check issued on 03/06/18 | 5800-000 | | -773.45 | 5,237.43 |
| 03/14/18 | 125 | Financial Agent | Dividend paid 100.00% on $2,369.67; Filed: $0.00 for Income Tax / Voided: check issued on 03/06/18 | 7100-000 | | -2,369.67 | 7,607.10 |
| 03/14/18 | 126 | Financial Agent | Dividend paid 100.00% on $137.44; Filed: $0.00 for Medicare / Voided: check issued on 03/06/18 | 7100-000 | | -137.44 | 7,744.54 |
| 03/14/18 | 127 | Financial Agent | Dividend paid 100.00% on $587.68; Filed: $0.00 for OASDI / Voided: check issued on 03/06/18 | 7100-000 | | -587.68 | 8,332.22 |
| 03/14/18 | 128 | Financial Agent | Dividend paid 100.00% on $137.44; Filed: $0.00 for Medicare / Voided: check issued on 03/06/18 | 7100-000 | | -137.44 | 8,469.66 |
| 03/14/18 | 129 | Financial Agent | Dividend paid 100.00% on $587.68; Filed: $0.00 for oasdi / Voided: check issued on 03/06/18 | 7100-000 | | -587.68 | 9,057.34 |
| 03/21/18 | | EFTPS PAYMENT | PAYROLL TAXES WITHHELD- 941 PRIORITY | 7100-000 | | 3,094.79 | 5,962.55 |
| 03/21/18 | | EFTPS PAYMENT- UNSECURED CLAIM | 941 TAXES ON UNSECURED CLAIM- PRIORITY STATUS | 7100-000 | | 4,073.09 | 1,889.46 |
| 03/21/18 | | EFTPS PAYMENT- UNSECURED- | 940 TAXES ON UNSECUR4ED CLAIM- | 5800-000 | | 210.00 | 1,679.46 |

| | Subtotals : | $0.00 | $-1,678.04 |
|---|---|---|---|

Case: 15-30513    Doc# 109    Filed: 05/14/19    Entered: 05/14/19 10:05:50    Page 18 of 20
{} Asset reference(s)    Printed: 05/09/2019 10:55 AM    V.14.50

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-30513-MD | **Trustee:** Janina M. Hoskins (007880) |
| **Case Name:** ARCHITECTURE FOR HUMANITY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8566 - Checking Account |
| **Taxpayer ID #:** **-***8297 | **Blanket Bond:** $55,486,801.00  (per case limit) |
| **Period Ending:** 05/09/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | PRIORIRTY STATUS | | | | |
| 03/21/18 | | EFTPS EMPLOYER TAXES | PRIORITY EMPLOYER TAXES ON PRIORITY WAGE CLAIM | 5800-000 | | 725.12 | 954.34 |
| 03/21/18 | | EFTPS PAYMENTS | 941 PAYMENT ON UNSECURED WAGE CLAIM- PRIOIRTY  STATUS | 7100-000 | | 954.34 | 0.00 |
| 06/06/18 | 135 | Trinity Construction, Inc | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $26,159.08; Claim# 6 -1; Filed: $26,159.08; Reference: Stopped: check issued on 03/06/18 | 7100-000 | | -6,607.61 | 6,607.61 |
| 06/06/18 | 136 | Boris Hochel | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $2,920.00; Claim# 7 -1; Filed: $2,920.00; Reference: Stopped: check issued on 03/06/18 | 7100-000 | | -737.57 | 7,345.18 |
| 06/06/18 | 137 | Give2Asia | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $30,720.00; Claim# 8 -1; Filed: $30,720.00; Reference: Stopped: check issued on 03/06/18 | 7100-000 | | -7,759.66 | 15,104.84 |
| 06/06/18 | 138 | Communa Translation Design, LLP | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $4,000.00; Claim# 9 -1; Filed: $4,000.00; Reference: Stopped: check issued on 03/06/18 | 7100-000 | | -1,010.37 | 16,115.21 |
| 06/06/18 | 146 | MEQUETRAFFIC AGNCIA DE ARQUITETURA, URBANISMO E D | Distribution paid on allowed claim per Trustee's Final Account and Report:   25.25% on $2,265.00; Claim# 17 -1; Filed: $2,265.00; Reference: Stopped: check issued on 03/06/18 | 7100-000 | | -572.12 | 16,687.33 |
| 10/30/18 | 150 | Trinity Construction, Inc | Final Distribution re Trustee's Final Report Stopped on 02/07/19 | 7100-000 | | 6,607.61 | 10,079.72 |
| 10/30/18 | 151 | Give2Asia | Final payment re claim no. 8 | 7100-000 | | 7,759.66 | 2,320.06 |
| 02/07/19 | 150 | Trinity Construction, Inc | Final Distribution re Trustee's Final Report Stopped: check issued on 10/30/18 | 7100-000 | | -6,607.61 | 8,927.67 |
| 02/07/19 | 152 | United States Bankruptcy Court Northern District of Californ | REISSUED CHECK FROM STALE CHECK PROCESSING Voided on 03/25/19 | 7100-001 | | 6,607.61 | 2,320.06 |
| 03/25/19 | 152 | United States Bankruptcy Court | REISSUED CHECK FROM STALE CHECK | 7100-001 | | -6,607.61 | 8,927.67 |

| | | | Subtotals : | $0.00 | $-7,248.21 | |
|---|---|---|---|---|---|---|

Case: 15-30513    Doc# 109    Filed: 05/14/19    Entered: 05/14/19 10:05:50    Page 19 of 20

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 15-30513-MD | |
| Case Name: | ARCHITECTURE FOR HUMANITY | |
| | | |
| Taxpayer ID #: | **-***8297 | |
| Period Ending: | 05/09/19 | |

| | |
|---|---|
| Trustee: | Janina M. Hoskins (007880) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******8566 - Checking Account |
| Blanket Bond: | $55,486,801.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Northern District of Californ | PROCESSING | | | | |
| | | | Voided: check issued on 02/07/19 | | | | |
| 03/25/19 | 153 | Clerk of the Court | unclaimed dividend funds | | | 8,190.10 | 737.57 |
| | | | unclaimed dividend | 572.12 | 7100-001 | | | 737.57 |
| | | | | 1,010.37 | 7100-001 | | | 737.57 |
| | | | | 6,607.61 | 7100-001 | | | 737.57 |
| 03/25/19 | | Boris Hochel | | 7100-000 | | 737.57 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 833,094.54 | 833,094.54 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 833,094.54 | 833,094.54 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$833,094.54** | **$833,094.54** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8566** | **833,094.54** | **833,094.54** | **0.00** |
| | $833,094.54 | $833,094.54 | $0.00 |

{} Asset reference(s)                                                                                          Printed: 05/09/2019 10:55 AM    V.14.50